# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN A. NADIR, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. CV 14-6773-DMG (KK) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) dismissing Plaintiff's claim under 42 U.S.C. § 1983 with prejudice; and (2) remanding the case to Superior Court of California, County of Los Angeles, for consideration of any remaining state-law claims.

DATED: December 29, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE