JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN A. NADIR, | Case No. CV 14-6773-DMG (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that (1) Plaintiff's claim under 42 U.S.C. § 1983 is dismissed with prejudice; and (2) this case is remanded to Superior Court of California, County of Los Angeles, for consideration of any remaining state-law claims.

DATED: December 29, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE